# United States Court of Appeals
## For the First Circuit

No. 22-1070

MARTIN J. WALSH, Secretary of Labor,
UNITED STATES DEPARTMENT OF LABOR,

Plaintiff, Appellant,

v.

UNITIL SERVICE CORPORATION,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court, issued on January 11, 2023 is amended as follows:

On page 7, line 14, add a single closing quotation mark after the period